**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00844-REB-KMT

DRIVE SUNSHINE INSTITUTE, et al.,

    Plaintiffs,

v.

HIGH PERFORMANCE TRANSPORTATION ENTERPRISES, et al.,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Notice of Voluntary Dismissal Without Prejudice** [#111][1] filed February 19, 2015.  After careful review of the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Notice of Voluntary Dismissal Without Prejudice** [#111] filed February 19, 2015, is **APPROVED**; and

    2.  That this action is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated February 20, 2015, at Denver, Colorado.

                                **BY THE COURT:**

                                Robert E. Blackburn
                                United States District Judge

---

[1] "[111]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.